## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **PAULA L. DEXTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   No.   2:11-cv-213-GZS |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 29) filed August 1, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's EAJA Application for Fees (ECF No. 26) is **DENIED**.

                                                                                     /s/ George Z. Singal
                                                                                     United States District Judge

Dated this 22nd day of August, 2012.